UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12857
DEBORAH K PALARZ
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-0895

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 07/18/07 and confirmed on 10/04/07.

     2.   The case was dismissed after confirmation, 06/05/2008.

     3.   The Debtor paid a total of $  12133.00 .

     4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 71765.35 | .00 | 5920.66 |
| CHASE HOME EQUITY | MORTGAGE ARRE | 11121.60 | .00 | 2826.02 |
| CAPITAL ONE BANK | UNSECURED | 1786.04 | .00 | .00 |
| B REAL LLC | UNSECURED | 10180.05 | .00 | .00 |
| B REAL LLC | UNSECURED | 6764.58 | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 815.55 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5521.83 | .00 | .00 |
| CMCS | UNSECURED | 445.30 | .00 | .00 |
| ELIZABETH DRAPERIES | UNSECURED | NOT FILED | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | 3156.32 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 788.66 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1508.27 | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE BANK USA | UNSECURED | 1037.72 | .00 | .00 |
| MACY'S CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 7318.74 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 15477.69 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 10595.74 | .00 | .00 |

```
US DEPARTMENT OF EDUCATI  UNSECURED      465.70           .00            .00
VON MAUR                  UNSECURED      258.55           .00            .00
WORLD FINANCIAL NETWORK   UNSECURED      852.40           .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED     6353.08           .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED     2172.82           .00            .00
US BANK                   UNSECURED    NOT FILED          .00            .00
AMERICAN HONDA FINANCE C  UNSECURED     3128.89           .00            .00
```
          Summary of disbursements:
--------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 82886.95 | .00 | 78627.93 | .00 | 161514.88 |
| PRINCIPAL PAID | 8746.68 | .00 | .00 | .00 | 8746.68 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8746.68 | .00 | .00 | .00 | 8746.68 |

The Debtor's attorney, JOSEPH P DOYLE                    , was allowed $   3500.00
and was paid $    686.00  direct and $   2814.00  through the plan.

The Trustee received $    572.32 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
               CASE NO. 07 B 12857 DEBORAH K PALARZ